COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS









IN RE: HYSTER COMPANY D/B/A
NACHO MATERIALS HANDLING
GROUP, INC.,

§


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00115-CV
 



AN ORIGINAL PROCEEDING IN 


MANDAMUS


MEMORANDUM OPINION


 Pending before the Court is Relator's motion to dismiss this original proceeding pursuant
to Tex.R.App.P. 42.1, because the underlying dispute has been resolved and the issued presented
in the mandamus petition are moot. We grant the motion and dismiss the mandamus proceeding.



December 13, 2007

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.